# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3794
_____

QUIROZ CARPENTRY CORP. and
NORGUARD INSURANCE
COMPANY,

    Appellants,

    v.

YONI LOPEZ PORTILLO,

    Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
Jeffrey I. Jacobs, Judge.

Date of Accident:  January 18, 2018.

February 12, 2019

PER CURIAM.

    AFFIRMED

B.L. THOMAS, C.J., and KELSEY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tara L. Said of Eraclides, Gelman, Hall, Indek, Goodman, Waters & Traverso, Pensacola, for Appellants.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellee.